IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT E. PINYAN AND <br> SUSAN Z. PINYAN <br><br> Plaintiffs, <br><br> v. <br><br> CHASE HOME FINANCE, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> )    CIVIL ACTION NO. <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF REMOVAL

Defendant Chase Home Finance, LLC ("CHF"), pursuant to 28 U.S.C. §§1331, 1332, 1441, and 1446, hereby removes this matter from the Circuit Court of Blount County, Alabama, where it is now pending as CV-06-000289, to the United States District Court for the Northern District of Alabama, Southern Division. As grounds for this removal, CHF states the following:

### I. PARTIES

1. The above-styled action was instituted by Robert E. Pinyan and Susan Z. Pinyan on October 06, 2006, in the Circuit Court of Blount County. The Pinyans have sued CHF on what appear to be state law claims of fraud and breach of contract and a federal claim under the Truth in Lending Act.

2. Plaintiff, Susan Z. Pinyan, is a citizen of South Carolina. Complaint ¶1.

3. Plaintiff, Robert E. Pinyan is a citizen of South Carolina. *See* InfoUSA Report, attached as Exhibit 1; *see also* Trans Union Report, attached as Exhibit 2.

4. CHF is organized under the laws of Delaware and has its principal place of business in Iselin, New Jersey. *See* Alabama Secretary of State Report, attached as Exhibit 3.

## II. THIS NOTICE OF REMOVAL IS TIMELY FILED AND PROCEDURALLY PROPER

5. CHF is the only defendant in this action It received the summons and complaint on October 10, 2006.[1] Consequently, pursuant to 28 U.S.C. §1446(b), this Notice of Removal is timely filed.

## III. SUBJECT MATTER JURISDICTION

A. DIVERSITY JURISDICTION

6. This Court has diversity jurisdiction over this case. Pursuant to Title 28 section 1332 of the United States Code, district courts have "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between ... citizens of different States." As outlined in more detail below, this case meets both of these threshold requirements.

### 1. The Amount in Controversy Exceeds this Court's Jurisdictional Threshold

7. The amount in controversy in this action exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs. Plaintiff included an *ad damnum* clause in the complaint claiming $150,000,000 in damages. *See e.g., Mitchell v. Brown & Williamson Tobacco Corp.*, 294 F.3d 1309, 1315 (11th Cir. 2002).

### 2. There is Complete Diversity between the True Parties to this Action

8. Pursuant to the Supreme Court's holding in *Strawbridge v. Curtiss*, 2 L. Ed 435 (1806), there must be complete diversity between the parties in order for a district court to have

---

[1] The state court's docket indicates that the summons and complaint were sent to Chase via certified mail on October 10, 2006. *See* Case Action Summary Sheet attached as Exhibit 4. The docket does not indicate the date on which Chase actually received and signed for the summons and complaint. Out of an abundance of caution, Chase has calendared the due date for this removal based on the date the certified mail was issued as opposed to the date Chase received the summons and complaint.

diversity jurisdiction over a case. CHF is a citizen of Delaware and New Jersey while plaintiffs are citizens of South Carolina. There is complete diversity in this action.

B.   FEDERAL QUESTION JURISDICTION

9.   This Court also has jurisdiction over this case pursuant to section Title 28 section 1331 of the United States Code, which states: "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Here, plaintiffs have specifically alleged that their claims are based, in part, on the Truth in Lending Act (41 U.S.C. §1601, *et seq*.). See Complaint ¶ 7. As such, this Court has jurisdiction over plaintiffs' claims.

V. <u>CONCLUSION</u>

10.   Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the Circuit Court of Blount County, Alabama. Furthermore, copies of all process, pleadings, and other orders served CHF are attached as Exhibit 5.

_____
One of the Attorneys for Defendant
Chase Home Finance, LLC

OF COUNSEL:
Harlan I. Prater IV (PRA004)
Sara Anne Ford (FOR037)
William E. Bonner (BON028)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

3

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of November 2006, I served a true and correct copy of the foregoing by United States mail, postage prepaid, properly addressed to:

Susan Z. Pinyan
Robert E. Pinyan
Box 144-1305-C
North Main St.
Summerville, S.C. 29483

_____
Of Counsel