FILED
2006 Nov-13 PM 03:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 5

| State of Alabama Unified Judicial System | **SUMMONS — CIVIL** РА | Case Number |
|---|---|---|
| Form C-34 Rev 2/79 | | CV 06 289 |

IN THE _Circuit Court_   COURT OF _Blount_   COUNTY

Plaintiff _Robert E. Pinyan_   vs Defendant _Chase Home Finance_
_Susan Z. Pinyan_

NOTICE TO _____ 11185401   OCT   006

Legal Dept. Iselin, N.J.

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFF'S ATTORNEY _Susan Z. Pinyan_ WHOSE ADDRESS IS _Box 144, 1305-C North Main Street Summerville, South Carolina 29483 / Chase Home Finance 10790 Rancho Bernardo Road San Diego, California 92127_ THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _Five (5)_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

☐ TO ANY SHERIFF OR ANY PERSON AUTHORIZED by either rules 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure: You are hereby commanded to serve this summons and a copy of the complaint in this action upon defendant.

☐ This service by **FILED** mail of this summons is initiated upon the written request of _____ pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

OCT 0 6 2006

DATE _____   MICHAEL E. CRISWELL   CLERK/REGISTER _____ By: _____
Clerk of the Court
Blount County, Al

RETURN ON SERVICE:

☐ Certified Mail return receipt received in this office on (Date) _____
(Return receipt hereto attached).

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
on (Date) _____ in _____ County, Alabama

DATE _____
ADDRESS OF SERVER _____   SERVER SIGNATURE _____

TYPE OF PROCESS SERVER _____

COURT RECORD (White)   ADDRESSEE (Green)

| State of Alabama<br>Unified Judicial System<br><br>Form ARCivP-93  Rev. 5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V [ ][ ][ ][ ][ ][ ][ ]-[ ][ ]<br>Date of Filing:         Judge Code:<br>[ ][ ] [ ][ ] [ ][ ][ ][ ]   [ ][ ][ ][ ][ ]<br>Month  Day   Year |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF __Blount_____, ALABAMA
(Name of County)

__Robert E. Pinyan, Susan Z. Pinyan__ v. __Chase Home Finance, LLC__
        Plaintiff                                               Defendant

First Plaintiff:  ☐ Business  ☐ Individual      First Defendant:  ☑ Business  ☐ Individual
                  ☐ Government ☑ Other                            ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PROPERTY INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☑ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):   F ☐ INITIAL FILING       A ☐ APPEAL FROM DISTRICT COURT       O ☑ OTHER: _____
                          R ☐ REMANDED             T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

HAS JURY TRIAL BEEN DEMANDED?  ☐ YES  ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED       ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: [ ][ ][ ][ ][ ][ ]    Date: __10-5-06__    Signature: __Susan Zapola Pinyan__    OCT 10 2006
                                                          authorized representative

MICHAEL F. CRISWELL
Clerk of the Court
Blount County, AL

**MEDIATION REQUESTED:**   ☐ YES  ☐ NO  ☐ UNDECIDED

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | CIRCUIT COURT |
| COUNTY OF BLOUNT | ) | |
| | ) | C.A. No._____ |
| Robert E. Pinyan and Susan Z. Pinyan | ) | |
| Plaintiff(s) | ) | **COMPLAINT** |
| | ) | Action at Law |
| v. | ) | Mortgage Fraud |
| Chase Home Finance | ) | |
| Defendant(s) | ) | |

PLAINTIFF ALLEGES:

I

That all the times mentioned herein, Susan Zilpha Pinyan is a citizen of the state of South Carolina residing in Dorchester County, South Carolina.

II.

That all the times mentioned herein, Susan Zilpha Pinyan is a citizen of the state of South Carolina residing in Dorchester County, South Carolina.

III.

That all the times mentioned herein, Susan Zilpha Pinyan is a citizen of the State of South Carolina residing in Dorchester County, South Carolina.

IV.

That all the times mentioned herein, Plaintiff(s) sent Defendant(s) a CAFV on October 6, 2005. Defendant(s) admits that there was a determination that there was no meeting of the minds and unconscionablilty and/or fraud on the contract. Defendant agreed that mortgage/debt/lein could be discharged with Bill of Exchange.

FILED
OCT 0 6 2006
MICHAEL E. CRISWEL
Clerk of the Court
Blount County, Al

V.

That all the times mentioned herein, Plaintiff(s) sent Defendant Notice of Fault and Opportunity to Contest Acceptance notifying the Defendant(s) that they were in default and they were in agreement and had agreed to the undersign's dated presentment through their dishonor.

VI.

That all the times mentioned herein, Plaintiff(s) sent Defendant(s) a Affidavit of Notice of Default and to Contest Acceptance giving them the right to correct their default, reminding them of Affiant being the secured party, superior claimant, holder in due course, and prinicipal creditor having a registered priority lein hold to all property held on the name of the debtor; ROBERT E. PINYAN. Having sufficient time to respond to the CAFV, and Opportunity to Cure, still there silence stands firm.

VII.

That all the times mentioned herein, still based upon their stipulation and agreement my Commercial Discharge of Contract was presented on November 29, 2006. Agreeing that I can only discharge the libility pertaining to your mortgage/lein /contract, or otherwise called a 'Letter of Demand for Payment' with an Bill of Exchange. A copy of the instrument was sent by mistake, the original was sent on December 7, 2005 and received on December 8, 2005. The instrument was <u>not</u> refused or returned within the three day (Truth in Lending) time requirement and if CHASE failed to 'accept' the instrument, or contends that there was non-acceptance of the instrument, then pursuant to State and Federal Tender of Payment statues the debt is <u>Discharged.</u>

FILED

OCT 0 6 2006

MICHAEL F CRISWELL
Clerk of the Court
Blount County, Al

VIII

That all times mentioned herein, the Defendant(s) in accepting the instrument (Bill of Exchange), failed to adjust the account. Defendant committed fraud against the Plaintiff and violated commercial law and violated GAAP Accounting procedures, HJR-192 and the Defendant acts and actions against the Plaintiff is ultra virus and has caused and committed gross injury to Plaintiff.

IX

That the Defendants unlawful and wrongful acts, fraudulent, premediated, unconscionable, vexatous, ultra vires and damaging in respect to defendants action of foreclosure.

X

That the Defendants have failed to produce an original color copy of Plaintiff(s) Promissory Note that has been requested.

XI

That the Defendants unlawful and wrongful acts have caused the Plaintiff(s) to file a Tort claim upon the Defendants and their agents upon their dishonor.

WHEREFORE: Plantiff prays for judgement against the defendants and each of them in the sum of $50,000,000,00 (Fifty Million) in General Damages and $100,000,000,00 ( One Hundred Million) USD and or money of account.

_Susan Zilpha Pinyan_
Susan Zilpha Pinyan, Secured Party Creditor
Box 144-1305-C North Main Street
Summerville, South Carolina 29483

OCT 0 6 2006

MICHAEL E. CRISWELL
Clerk of the Court
Blount County, AL

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | CIRCUIT COURT |
| COUNTY OF BLOUNT | ) | |
| | ) | C.A.No. _____ |
| Robert E. Pinyan and Susan Z. Pinyan | ) | |
| Plaintiff(s) | ) | **JUDICAL NOTICE** |
| | ) | Reservation and claim |
| v. | ) | on property |
| Chase Home Finance | ) | |
| Defendant(s) | ) | |

COMES NOW The Plaintiff to notice the court of facts of known and unknown by and through this Judical Notice, to wit;

I

Plaintiff here in reserves and claims full interest and title on the property situated at: 68639 Main Street, Blountsville, Alabama, and supported by Affidavit to Support of Discharge attached here to and made a part of in support of acceptance, tender, and discharge of the mortgage/debt/lein upon agreement of the Defendant.

II

Plaintiff reserves all rights at all times and waves no rights at any time.

Without Prejudice

*Susan Zilpha Pinyan* [signature]
Susan Zilpha Pinyan, Secured Party - Creditor
Authorized Representative, Attorney-in-fact
In Behalf of ROBERT E. PINYAN© ENS LEGIS

OCT 0 6 2006

MICHAEL E. CRISWELL
Clerk of the Court

PLAINTIFF ALLEGIES:

I.

That at all times mentioned herein, Plaintiff lives upon the land known as South Carolina, within Dorchester County and is one of the sovereign people and files this Complaint in the State of Alabama, County of <u>Blount</u> under necessity.

II.

That at all times mentioned herein, Defendant; CHASE HOME FINANCE, LLC, is a corporation [and a person who can be sued] and is doing business by and through their agents within the State of Alabama, County of <u>Blount</u>.

III.

That at all times mentioned herein, Defendant has admitted to No Meeting of the Minds as to the mortgage contract, fraud on the contract, that the contract was and is unconscionable, failed to give full disclosure as to the monetary conditions within the United States and the State of Alabama, and agreed that the Plaintiff could discharge said mortgage/debt/lein with Bill of Exchange (an instrument) via exhaustion of Plaintiff's Private Administrative Remedy (CAFV).

IV.

That the Defendant upon their agreement to accept the instrument, said instrument was tendered, received and accepted. Defendants failed and/or refused to return the instrument within three days (Nygaard v. Continental Resources, Inc., 598 N.W. 2d 851 (1991), 39 U.C.C. 2d 851).

FILED

OCT 0 5 2006

MICHAEL F. CRISWELL
Clerk of the Court
Blount County, Al

V.

The Defendant in accepting the instrument, failed to adjust the account, Defendant committed fruad against the Plaintiff and violated commercial law at:

UCC 3-603; "If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and tender is refused, there is discharge, to the extent of the amount of the tender..."

...and violated GAAP Accounting procedures, HJR-192 and the Defendants acts and actions against the Plaintiff is ultra virus and has caused and committed gross injury to Plaintiff.

VI.

That the aforesaid acts of the defendant and their agents were willful, fraudulent, premeditated, unconscionable, vexatious, ultra vires and damaging in respect to defendants action of foreclosure.

VII.

That as a proximate result of the defendant's unlawful act(s), wrongful acts, fraud, fraud by scienter, violations of commercial law, and otherwise, Plaintiff has suffered irreparable injuries, mental anguish, contempt, extreme anger fear of loss of home, all to Plaintiff's general damages in the sum certain of $50,000,000,00, USD and or money of account.

FILED

OCT 0 6 2006

MICHAEL F. CRISWELL
Clerk of the Court
Blount County, Al

WHEREFORE: Plaintiff prays for equitable judgement and relief against the defendant and each of them in the sum of $50,000,000,00 (Fifty Million) in General Damages and $100,000,000,00 (One Hundred Million) USD and or money of account.

*Robert E. Pinyan*
Robert E. Pinyan

*Susan Zilpha Pinyan*
Susan Zilpha Pinyan

FILED

OCT 0 6 2006

MICHAEL E CRISWELL
Clerk of the Court
Blount County, AL

# AFFIDAVIT
# IN SUPPORT OF DISCHARGE

STATE OF SOUTH CAROLINA )
                         ) Scilicet
County of Berkeley       )

"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982

That I, Susan McElroy Pinyan, a living breathing woman, being first duly sworn, depose and say and declare by my signature that the following facts are true and correct to the best of my knowledge and belief.

1. THAT, the Affiant is the Secured Party and authorized to speak for, respond and handle the commercial affairs on behalf of the Debtor; ROBERT E. PINYAN as an Ens legis, corporate fiction/entity and trust entity in respect to the documents intended to discharge tax liability.

2. THAT, Affiant sent to CHASE HOME FINANCE LLC, a private communiqué being a 'Conditional Acceptance for Value'(CAFV) (Certified Mail No. 7003 3110 0005 9167 2986) seeking 'Proof of Claim' upon the agreement of the Affiant to perform should CHASE HOME FINANCE LLE not provide and produce 'Proof of Claim(s)'. Said CAFV was received and signed by Tim on October 11, 2005.

3. THAT, Affiant sent Notice of Opportunity to Cure Fault and Contest Acceptance giving CHASE HOME FINANCE LLC three days (3) to correct their fault of non-response and to contest acceptance and CHASE HOME FINANCE LLC failed to cure fault and contest acceptance.

4. THAT, upon CHASE HOME FINANCIAL'S dishonor and failure to cure, Affiant established for the record and tendered Affiant's 'Affidavit of the Notice of Default' in the matter and CHASE HOME FINANCIAL has stipulated to an agreement with Affiant by tacit procuration that the Affiant can only discharge the debt/liability by International Bill of Exchange or other appropriate commercial paper in light of the U.S. Bankruptcy in behalf of the Debtor.

5. THAT the U.S. Bankruptcy is codified in Senate Report No. 93-549 93rd Congress, 1st Session (1973), "Summary of Emergency Power Statutes," Executive orders 6073, 6102, 6111 and by Executive Order 6260 on March 9, 1933, under the "Trading With The Enemy Act (Sixty-Fifth Congress, Session. I, Chapters. 105, 106, October 6, 1917), and as codified at 12 U.S.C.A. 95a. operates upon CHASE HOME FINANCE LLC by notice, agreement and stipulation of contract.

6. Any transaction to discharge debt liability is in accordance and compliance with UCC 3-104; Title IV, Sec 401 (FRA); USC Title XII; Title XXVIII, Sec. 1641, 3002; and the Foreign Sovereign Immunity Act under necessity in light of the fact that States are in violation to Article I, Section X of the U.S. Constitution.

7. THAT, the Affiant as the Undersigned Secured Party is "Holder in Due Course" of the Preferred Stock of the federal Corporation (United States - February 21, 1871; 16 Stat. I. 419): holds a prior, superior security interest and claim on the DEBTOR and Debtor's property.

OCT 0 6 2006

MICHAEL C. CRISWELL
Clerk of the Court

1 – Affidavit to Support Discharge of Debt Liability

Item #071205AONODSCA6-01

8. THAT, that any documents transmitted in behalf of the Debtor to discharge debt liability in behalf of the Debtor is in full accord with HJR-192 (June 5, 1933), Public Law 73-10, UCC 3-419, 1-104 and 10-104.

9. THAT, the Affiant is "Holder in Due Course" of the deficient account by his Acceptance, and retains first priority and by said Acceptance of any "Claim(s)" and has eliminated any controversy in the matters by exhaustion of the Affiants private administrative process/remedy under necessity supported by scripture and 'Self Help' via UCC 1-201 (34) per Official Comments – "Remedy" and Affiant is not protesting in behalf of the Debtor.

10. THAT, CHASE HOME FINANCIAL, LLC is to adjust the account dollar for dollar within the stipulated time period – three (3) day period, Regulation Z – Truth in Lending, 15 USC 226.1 et. Seq. per the remedy provided by Congress via HJR-192

11. THAT, the Affiant is exercising the remedy provided by Congress via HJR-192 and proceeding upon agreement and stipulation of contract and upon tender of the 'instrument', Bill of Exchange, #112805195401 is to perform accordingly to the directive and Letter of Advice or therein breach of the agreement and other violations will occur or be committed by CHASE HOME FINANCIAL, LLC.

Further Affiant Sayth Not.

Done this ___30th___ day of November

_____
Susan McElroy Pinyan - Affiant

### ACKNOWLEDGMENT

SUBCRIBED TO AND SWORN before me this _30th_ day of ___Nov___, A.D. 2005, a Notary, that Susan McElroy Pinyon, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____ Seal:
Notary Public in and for said State
My Commission expires; __My Commission Expires November 20, 20__

2 – Affidavit to Support Discharge of Debt Liability

OCT 0 5 2006

MICHAEL E. CRISWELL
Clerk of the Court
Shelby County, AL
Item #071205AONODSCAG-01

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Susan Zilpha Pinyan
Box 144
1305-C North Main Street
Summerville, South Carolina
29483

112.50
21.00
2.00
135.50

05 MAY 25 PM 12:48

14467

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names
1a. ORGANIZATION'S NAME: SUSAN ZILPHA PINYAN
OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
1c. MAILING ADDRESS: BOX 144-1305-C NORTH MAIN STREET | CITY: SUMMERVILLE | STATE: S.C. | POSTAL CODE: 29483 | COUNTRY: USA
1d. SEE INSTRUCTIONS: N/A | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: TRUST | 1f. JURISDICTION OF ORGANIZATION: PRIVATE | 1g. ORGANIZATIONAL ID #, if any: 101.53-061687 | ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)
3a. ORGANIZATION'S NAME
OR 3b. INDIVIDUAL'S LAST NAME: Pinyan | FIRST NAME: Susan | MIDDLE NAME: Zilpha | SUFFIX
3c. MAILING ADDRESS: Box 144-1305-C North Main Street | CITY: Summerville | STATE: S.C. | POSTAL CODE: 29483 | COUNTRY: uSA

4. This FINANCING STATEMENT covers the following collateral:

The following Property is accepted for value, exempt for value, exempt from levy, and herewith registered in the Commercial Chamber; REAL PROPERTY-LAND with all fixtures and the like affixed thereto; bearing a land description of; PARCEL: One 100 feet frontage by 200 feet back off the South position of Lot No. 18, Block No. 1, in the Ratliff's First Addition to the Town of Blountsville, being a rectangle of 100 feet parallel with highway and 200 feet back. PARCEL 2: The Southeast 100 feet of Lot 18, in Block 1, Ratliff's Addition to the Town of Blountsville, both recorded in Map Book 82, P.236 in the Probate Office of Blount County, Alabama, and bearing the numerial address of; 68639 Main Street, Blountsville, Alabama. Said property herein claimed and leined at sum certain $75,000.00. Said property is 'Exempt from Levy' as is held in the name of the Debtor, ROBERT E. PINYAN, an Ens Legis. The Record owner is not the guarantor or surety to any other account by explicit reservation. The Secured Party is the authorized representative of the debtor. Debtor is a commercial transmitting utility and is a trust.

Secured Party _Susan Zilpha Pinyan_

OCT 05 2005

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)  International Association of Commercial Administrators (IACA)

Clerk of the Court
Blount County Al

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | CIRCUIT COURT |
| COUNTY OF BLOUNT | ) | |
| | ) | C.A.No. _____ |
| Robert E. Pinyan and Susan Z. Pinyan | ) | |
| | ) | RIGHT TO REDEEM PROPERTY WITHIN ONE (1) YEAR |

Take notice that we have the right to redeem by Alabama statues and rules the asaid Property: 68639 Main Street, Blounstville, Alabama within one (1) year of foreclosure sale dated October 5, 2006.

Firmly,

                              Without Prejudice,

                              *Susan Zilpha Pinyan* (signature)
                              Susan Zilpha Pinyan, Secured Party Creditor
                              Authorized Representative, Attorney-In-Fact
                              In Behalf of ROBERT E. PINYAN

FILED

OCT 0 5 2006

MICHAEL E. CRISWELL
Clerk of Circuit Court
Blount County, AL