IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| ROBERT E. PINYAN and<br>SUSAN Z. PINYAN | )<br>)<br>) |
| Plaintiff(s), | )<br>) |
| v. | ) CV-06-PWG-4642-S<br>) |
| CHASE HOME FINANCE. LLC.,    , | )<br>) |
| Defendant. | ) |

<u>O</u> <u>R</u> <u>D</u> <u>E</u> <u>R</u> (Rule 26)

The parties are reminded of their obligations under *Federal Rule of Civil Procedure* 26(f) and LR 26.1(d).  If the parties are unable to agree upon a time and place, the required meeting shall be held at 10:00 a.m. on the last Friday falling within the forty-five (45) day term in the chambers of the undersigned magistrate judge in the Hugo L. Black United States Courthouse, 1726 Fifth Avenue North, Birmingham, Alabama.  If use of the Court's chambers is required, counsel shall telephone chambers (205/278-1930) at least seven (7) days prior to the meeting to advise the Court.  If a party is proceeding without counsel, the obligation to telephone chambers rests upon counsel for the opposing party.

The Court expects a report of the parties' planning meeting in the general format of the USDC ND Ala. Form 35 or Fed.R.Civ.P. Appendix Form 35 to be submitted jointly by the parties within ten (10) days after the meeting.  Should there be an item as to which the parties disagree, the positions of the parties as to that item should be clearly set out in separate paragraphs.

In addition to the matters required to be reported under the preceding paragraphs, the parties shall consider whether this action may be suitable for mediation under the court's ADR Plan.

The result of those discussions shall be included in the report made to the Court. Additionally, the parties are urged to consider and discuss whether to consent to the exercise of final dispositive jurisdiction by the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c). If the parties wish to consent to the magistrate judge's jurisdiction, they should sign the consent form(s) provided by the Clerk's office and return the form(s) to the Clerk's office. The parties may either file one consent form signed by all or multiple parties or each party may file its own consent form. <u>All</u> parties must consent, however, before the magistrate judge will assume final dispositive jurisdiction over the case.

The parties are authorized to commence discovery pursuant the terms of Rule 26, *Federal Rules of Civil Procedure* and LR 26.1 immediately after the required report has been filed. In the event of a dispute between the parties regarding the sequence of depositions, plaintiff(s) shall be deposed before taking the deposition of defendant(s).

Any defendant who has not been served with the summons and complaint within 130 days after the filing of the complaint will be dismissed, without further notice, unless prior to such time the party on whose behalf such service is required shows good cause why service has not been made.

As to the foregoing it is SO ORDERED this the 15th day of November, 2006.

_____
PAUL W. GREENE
CHIEF MAGISTRATE JUDGE