IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT E. PINYAN AND ) | |
| SUSAN Z. PINYAN ) | |
| ) | |
| Plaintiff(s), ) | |
| ) CIVIL ACTION NO. 06-PWG-464-S | |
| v. ) | |
| ) | |
| CHASE HOME FINANCE, LLC., ) | JUDICIAL NOTICE |
| ) | |
| Defendant. ) | |

## NOTICE OF OBJECTION OF REMOVAL

I hereby give notice that I do nor agree nor consent for the action to be moved to this foreign court not in compliance with Title 28, Section 1446. " On the other hand since all Federal crimes are statutory [ see United States v. Hudson, 11 U.S. 32, 3 L.ed. 259 (1812)] and all criminal prosecutions in the Federal courts are based on acts of Congress,..."

Most residents of the sovereign 50 states living outside of the federal zone come under Rule54(b)(2) of the Federal Rules of Criminal Procedure entitled "Offenses Outside a District or State":

*Offenses Outside a District or State.*

*These rules apply to proceedings for offenses committed upon the high seas or elsewhere out of the jurisdiction of any particular <u>state</u> or district, except that such proceedings may be had in any district authorized by <u>18U.S.C. Sec. 3238.</u>*

Here is what 18 U.S.C. §3238 sats about jurisdiction outside of any District or State:

Sec. 3238.- Offenses not committed in any district

The trial of all offenses begun or committed upon the high seas, or elsewhere out of the judisdiction of any particular State or district, shall be in the district in which the offender,

or any one of two or more joint offenders, is arrested or is first brought; but if such offender or offenders are not so arrested or brought into any district, an indictment or information may be filed in the district of last known residence of the offender or of any one of two or more joint offenders, or if no such residence is known the indictment or information may be filed in the District of Columbia

While the United States District Judge is appointed and confirmed under Article III of the Constitution, when he/she steps into the UNITED STATES DISTRICT COURT, they do so not as an Article III judical officer but as an Article IV administrative hearing officer, who is not independent or impartial.

It is my opinion that most people have been in the wrong court for the wrong action, and that the proper court to have been in for any criminal action would have been the district court of the United States and not the UNITED STATES DISTRICT COURT.

*Susan Zilpha Pinyan*, Secured Party-Creditor