FILED
2007 Jul-24 AM 09:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2007 JUL 20 AM 9:55
U.S. ...
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ROBERT PINYAN and<br>SUSAN PINYAN,<br><br>              Plaintiffs,<br>v.<br><br>CHASE HOME FINANCIAL, LLC,<br><br>              Defendant. | CIVIL ACTION No.<br>06-PWG-4642-S<br><br>RESPONSE AND OBJECTION TO<br>MOTION TO COMPEL IN THE<br>NATURE OF JUDICIAL NOTICE |

COMES NOW the Plaintiffs to enter a response and objection to Defendants Motion to Compel Plaintiffs to provide copies of any and all documents to support Plaintiffs claim, in the nature of a judicial notice of facts unknown or known to the Court, to wit:

1)     Plaintiffs as secured party creditor have no obligation to Defendants.

2)     Defendants have previously stipulated, admitted and confessed to fraud on the/their mortgage contract. (See CAFV, Item # <u>100605-1/CHF/SP</u> and Affidavit of Default, Item # <u>111405-3/AD</u>)

3)     Defendants have previously stipulated, admitted and agreed to the money issue/condition in that the Plaintiffs had no access to 'constitutional money of exchange' to

"PAY AT LAW" the mortgage debt/lien and Defendant stipulated, agreed and admitted that the mortgage debt/lien could only be discharged by Bill of Exchange. (See CAFV, Item # 100605-1/CHF/SP and Affidavit of Default, Item # 111405-3/AD)

4) Plaintiffs proceeded to discharge the mortgage debt/lien, under agreement by the Defendant, via Bill of Exchange. (See; 31 U.S.C. Section 5118 (d) (2) :

….Provided for many years that a requirement of repayment of debt in a particular kind of coin or currency could be made by legal tender. As of October 27, 1977 legal tender for discharge of debt is no longer required. That is because legal tender is not in circulation at par with the promises to pay credit. Negotiable instruments Guaranty Trust Co. of New York v. Henwood, 307 U.S. 847 (1939) holds that 31 U.S.C. 5118 was enacted to remedy the specific evil of tying debt to any particular currency or requiring payment in a greater number of dollars than promised. Since October 27, 1977, there can be no requirement of repayment in legal tender either, since legal tender was not loaned and repayment need only be made in equivalent kind: A negotiable instrument representing credit.

5) Defendant not only has gone silent (silence equates to agreement – silence supports the fraud) as to any and all presentments or otherwise from the Plaintiffs, **but has failed to rebut any and all affidavits** filed by Plaintiffs including but not limited to Affidavit of Mortgage Fraud.

6) Defendants have failed to provide any and all documentation and evidence that the Defendant put any value up in support of the loan, loaned any thing of value, or has produced the *Original Promissory Note*.

7) Defendants HAVE received ANY AND ALL DOCUMENTS WHICH MAY SUPPORT PLAINTIFFS CLAIM IN THIS ACTION… *HOWEVER*, Defendant has failed to enter into the court record/evidence file certified copies of all said documents in their

possession as sent to them by Plaintiffs in respect to their agreement and dishonor as well as the discharge of the mortgage/lien/debt/liability.

8)   Plaintiffs did not raise the issue of the Defendants admission of fraud on the contract and move to sue to vacate the contract, irrespective of the fact that the mortgage contract is *NULL & VOID AB INITIO* due to said stipulated, agreed and confessed fraud on the contract by Defendant, Plaintiffs merely sought to discharge the mortgage /lein / debt/liability pursuant to HJR-192.

9)   Defendant continues to commit fraud on the Court as against the Plaintiffs in this matter.

10)   Plaintiffs are not attorneys, therefore are not to be compelled to the same standards as attorneys.

11)   Plaintiffs have been estopped by Acts of the State of Alabama in concert with the United States Federal government in the removal of constitutional money of exchange and therein, has been made insolvent by Acts of State and federal government to 'Pay debts at Law' with a form of 'money' backed by substance or as such that circulates in the normal course within the State of Alabama. (See Affidavit of Walker F. Todd, Ret. Legal Counsel – Federal Reserve Bank, already made a record in this case and DECLARATION OF CAUSE AND NECESSITY TO ABOLISH AND DECLARATION OF SEPARATE AND EQUAL STATION on the U.S. Bankruptcy – 20 pages)

12)   Plaintiffs cannot be compelled to do the impossible in paying at law with something that does not exist. Take judicial notice of the following:

A. The "giving a [federal reserve] note <u>does not</u> constitute payment." See <u>Echart v Commissioners C.C.A.</u>, 42 Fd2d 158.

B. The use of a [federal reserve] 'Note' <u>is only</u> a promise to pay. See <u>Fidelty Savings v Grimes</u>, 131 P2d 894.

C. "Legal Tender [federal reserve] Notes <u>are not</u> good and lawful money of the United States." See <u>Rains v State,</u> 226 S.W. 189.

D. "Federal reserve notes <u>are</u> valueless". <u>See IRS Codes Section 1.1001-1 (4657)</u> C.C.H.

E. "That [federal reserve] 'Notes <u>do not</u> operate as payment in the absence of an agreement,' that they shall constitute payment." See <u>Blachshear Mfg. Co. v Harrell</u>, 12 S.E. 2d 766.

13) Plaintiffs merely exercised the remedy provided by Congress via HJR-192 (Pub. Law 73-10) in discharging debts dollar for dollar and in this matter, by silent tacit agreement of the Defendant.

Based upon the exhaustion of the Plaintiffs private administrative remedy to/with Defendant, including but not limited to all affidavits or correspondence otherwise sent to Defendant or filed in this matter and per the above facts, and that Plaintiffs cannot do the impossible, Plaintiffs seeing that in reguards to commercial discharge Plaintiffs request the court upon its own motion to answer all Affidavits filed and summitted by Plaintiffs, produce evidence of value loaned and produce the *Original Promissory Note*, produce evidence of its GAAP accounting ledger entries per Plaintiffs mortgage, produce certified evidence that Defendant loaned Plaintiffs so-called money of exchange, produce all electronic and book entries which involves Plaintiffs *Original Promissory Note*, produce certified evidence that Defendants are not using Plaintiffs security and collateral to underwrite the commodities of the security exchange for these HELOC, a line of credit, produce certified evidence of the Instrument (Bill of Exchange) and that it was accepted by

Defendants and as it was not refused and returned as described by the Truth-In-Lending Act within the 3 day rule by Defendant for Plaintiffs physical inspection.

_____
SUSAN ZILPHA PINYAN by: Susan Zilpha- Pinyan

_____
ROBERT EARL PINYAN by: Robert Earl- Pinyan