FILED

2008 Mar-31  PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT PINYAN and SUSAN PINYAN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 06-PWG-4642-S** |
| | ) | |
| **CHASE HOME FINANCE, LLC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>MEMORANDUM OF OPINION</u>

The magistrate judge filed his findings and recommendation on March 7, 2008 recommending that plaintiffs' motions for summary judgment and for declaratory judgment be denied and defendant's motion for summary judgment be granted. The magistrate judge also concluded that defendant's specific request for declaratory judgment would be rendered moot in light of the summary disposition of plaintiffs' claims. The parties were specifically advised of their right to file objections and further that any objections must be RECEIVED no later than March 28, 2008. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendations are **ACCEPTED**. A Final Judgment will be entered.

**DONE** and **ORDERED** this <u>31st</u> day of March, 2008.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE